RECEIVED
MAR 1 5 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAL BHATIA, Petitioner | CIVIL ACTION NO. 1:16-CV-1125; SECTION "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, ET AL., Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation (Doc. 9) and Supplemental Report and Recommendation (Doc. 14) of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner (Docs. 13, 18), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Bhatia's motion for preliminary injunction (Doc. 2) is hereby DENIED.

IT IS FURTHER ORDERED that Bhatia's § 2241 petition (Doc. 1) is hereby DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15th day of March, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE